**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Memco, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **75-3149596** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13324 Cedar Run Church Rd**<br>**Culpeper, VA 22701-8200**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Culpeper**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Memco, Inc.** _____   Case number (*if known*) _____
Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Memco, Inc.**                                                              Case number (*if known*) _____
Name

---

**11. Why is the case filed in** *this district?*   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____
          Contact name      _____
          Phone             _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
■ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | Memco, Inc. | Case number (*if known*) | |
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 9, 2018**
MM / DD / YYYY

X **/s/ Matthew Henderson**
Signature of authorized representative of debtor

**Matthew Henderson**
Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Bennett Brown**
Signature of attorney for debtor

Date **April 9, 2018**
MM / DD / YYYY

**Bennett Brown**
Printed name

**The Law Office of Bennett A. Brown**
Firm name

**3905 Railroad Ave Ste 200N**
**Fairfax, VA 22030-3933**
Number, Street, City, State & ZIP Code

Contact phone                    Email address    **bennett@pcgalaxy.com**

**12583**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Memco, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 9, 2018**     X **/s/ Matthew Henderson**
                                      Signature of individual signing on behalf of debtor

                                         **Matthew Henderson**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Memco, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Airgas South PO Box 9249 Marietta, GA 30065-2249** | | | | | | **$33,429.00** |
| **American Express PO Box 1270 Newark, NJ 07101-1270** | | | | | | **$34,778.17** |
| **American Interstate Insurance 2301 Highway 190 W Deridder, LA 70634-6004** | | | **Contingent Unliquidated Disputed** | | | **$90,000.00** |
| **Bank of America PO Box 31705 Tampa, FL 33631-3705** | | | | | | **$59,817.13** |
| **Crane Rigging Rental LLC PO Box 1848 Yadkinville, NC 27055-1848** | | | | | | **$38,160.00** |
| **Culpeper County PO Box 1477 Culpeper, VA 22701-6477** | | | | | | **$84,104.74** |
| **H Properties** | | | | | | **$26,587.03** |
| **Internal Revenue Service PO Box 21125 Philadelphia, PA 19114-0325** | | | | **$1,125,131.00** | **$4,383,803.00** | **$110,036.10** |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   **Memco, Inc.**
_____      Case number *(if known)*   _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service PO Box 21125 Philadelphia, PA 19114-0325** | | | | | | **$983,188.00** |
| **Maxim Crane Works LP 1225 Washington Pike Bridgeville, PA 15017-2825** | | | **Unliquidated Disputed Subject to Setoff** | | | **$30,955.00** |
| **Metro Iron Contracting Inc 4 Seabro Ave Amityville, NY 11701-1202** | | | | | | **$93,670.00** |
| **Red Roof Inn 605 S Front St Columbus, OH 43215-5777** | | | | | | **$147,027.00** |
| **Safety Plus 4254 Halls Mill Rd Mobile, AL 36693-5617** | | | | | | **$29,243.40** |
| **Sunbelt Rentals 1275 W Mound St Columbus, OH 43223-2213** | | | | | | **$305,725.91** |
| **SunTrust Bank** | | | | | | **$350,000.00** |
| **UCR Acquisition LLC 2002 Graves Ct Baltimore, MD 21222-5509** | | | | | | **$125,000.00** |
| **United Rentals (North America) Inc 4616 Lassen Ln Fredericksburg, VA 22408-4202** | | | | | | **$193,517.49** |
| **Virginai Dept. of Taxation** | | | | | | **$70,741.42** |
| **WO Grubb Steel Erection 5120 Jefferson Davis Hwy Richmond, VA 23234-2252** | | | | | | **$150,000.00** |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor **Memco, Inc.**
Name
Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Woodcock & Asso PC 818 Sophia St Fredericksburg, VA 22401-5824** | | | | | | $33,860.30 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **Memco, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $         **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................   $      **2,708,000.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................   $      **2,708,000.00**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................   $      **3,416,346.90**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $      **1,165,630.01**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      **2,006,013.13**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b      $      **6,587,990.04**

**Fill in this information to identify the case:**

Debtor name    **Memco, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **SunTrust Bank** | | | **$10,000.00** |
| 3.2. | **Fifth Third Bank** | | | **$400,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$410,000.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **Memco, Inc.** _____    Case number *(If known)* _____
　　　　　Name

| 11a. 90 days old or less: | **1,056,299.00** | - | **1,056,299.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **236,462.00** | - | **236,462.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **803,042.00** | - | **803,042.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Misc. office furnure & equipment | **$10,000.00** | | **$10,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

Debtor    **Memco, Inc.**                                    Case number *(If known)* _____
          Name

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $10,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **Misc. vehicles and trailers (titled)** | $150,000.00 | | $150,000.00 |
| 47.2.  **2018 Ford F150 3.5L 2WD GVWR>7599 LBS** | $45,000.00 | | $45,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| **Kobelco Crawler Crane, Model CK1600G** | $900,000.00 | | $900,000.00 |
| **2013 Kobelco Crawler Crane, Model CK2000-II** | $1,000,000.00 | | $1,000,000.00 |
| **Lima 700TC Truck Crane** | $10,000.00 | | $10,000.00 |
| **Lima 350TC Truck Crane** | $8,000.00 | | $8,000.00 |
| **Grove Crane** | $25,000.00 | | $25,000.00 |
| **Maeda Mini Crawler** | $50,000.00 | | $50,000.00 |
| **Misc. equipment, including welders, generators & related aquipment used for erecting steel** | $100,000.00 | | $100,000.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   **Memco, Inc.**
Name

Case number *(If known)* _____

| | |
|---|---|
| 51. | **Total of Part 8.** | **$2,288,000.00** |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **Memco, Inc.**_____    Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $410,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,288,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,708,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,708,000.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **Memco, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Ford Credit**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2018 Ford F150 3.5L 2WD GVWR>7599 LBS** | **$46,969.80** | **$45,000.00** |

**2.1**  **Ford Credit**
Creditor's Name

**PO Box 17948**
**Greenville, SC 29606-8948**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**01/06/2018**
Last 4 digits of account number
**3732**
Do multiple creditors have an
interest in the same property?
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Ford Credit**
**2. Internal Revenue**
**Service**

Describe debtor's property that is subject to a lien
**2018 Ford F150 3.5L 2WD GVWR>7599 LBS**

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim  **$46,969.80**

Value of collateral that supports this claim  **$45,000.00**

---

**2.2**  **Internal Revenue Service**
Creditor's Name

**PO Box 21125**
**Philadelphia, PA**
**19114-0325**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Misc. accounts receivables-current**

Describe the lien
**Withholding taxes**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim  **$1,125,131.00**

Value of collateral that supports this claim  **$4,383,803.00**

---

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 4

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor __Memco, Inc._____   Case number (if know) _____
   Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Lynchurg Steel Services LLC** | ☐ Disputed |
| **2. Internal Revenue Service** | |
| **3. Ford Credit** | |
| **4. Sun Trust Equipment Finance & Leasing Co** | |
| **5. Sun Trust Equipment Finance & Leasing Co** | |

---

| 2.3 | **Lynchurg Steel Services LLC** | | $650,000.00 | $2,708,803.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**SunTrust Bank**

**PO Box 10875**
**Lynchburg, VA 24506-0875**
Creditor's mailing address
_____

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Lynchurg Steel Services LLC** | ☐ Disputed |
| **2. Internal Revenue Service** | |

---

| 2.4 | **Sun Trust Equipment Finance & Leasing Co** | | $875,566.18 | $1,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2013 Kobelco Crawler Crane, Model CK2000-II**

**245 Peachtree Center Ave NE Fl 17**
**Atlanta, GA 30303-1222**
Creditor's mailing address
_____

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/28/2013**
Last 4 digits of account number
**7002**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 4

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor  **Memco, Inc.**                                                    Case number (if known) _____
_____
Name

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Sun Trust Equipment
Finance & Leasing Co
2. Internal Revenue
Service**

---

| 2.5 | **Sun Trust Equipment
Finance & Leasing Co** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   $718,679.92   $900,000.00
**Kobelco Crawler Crane, Model CK1600G**

**245 Peachtree Center Ave
NE Fl 17
Atlanta, GA 30303-1222**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known           ■ No
_____            ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**              ■ No
**04/30/2014**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7004**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
☐ No                        ☐ Contingent
■ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.
**1. Sun Trust Equipment
Finance & Leasing Co
2. Internal Revenue
Service**

---

| 2.6 | **Suntrust Bank** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   $0.00   $0.00

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known           ■ No
_____            ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**              ■ No
                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                        ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,416,346.90 |
|---|---|---|

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **Memco, Inc.**                                    Case number (if know)  _____
_____
Name

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name        **Memco, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Culpeper County**<br><br>**PO Box 1477**<br>**Culpeper, VA 22701-6477** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84,104.74** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Dept of Taxation & Revenue**<br>**Bankruptcy Department**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,814.38** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**Florida Dpt of Revenue**

**5050 W Tennessee St**
**Tallahassee, FL 32304-9278**

| As of the petition filing date, the claim is: | $7,129.39 | $0.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 21125**
**Philadelphia, PA 19114-0325**

| As of the petition filing date, the claim is: | $983,188.00 | $865,344.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**South Carolina Dept of Revenue**

| As of the petition filing date, the claim is: | $8.54 | $0.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Virginai Dept. of Taxation**

| As of the petition filing date, the claim is: | $70,741.42 | $0.00 |
|---|---|---|

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Memco, Inc.** | | Case number (if known) | |
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,643.54 | $0.00 |
| | **Virginia Employment Commission** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Aflac**<br><br>**1932 Wynnton Rd**<br>**Columbus, GA 31999-0001**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check that all apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,396.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Airgas South**<br><br>**PO Box 9249**<br>**Marietta, GA 30065-2249**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check that all apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$33,429.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Airgas USA**<br><br>**259 N Radnor Chester Rd Ste 100**<br>**Radnor, PA 19087-5240**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check that all apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$33.12** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Aluma Systems  Conc Const LLC**<br><br>**PO Box 91473**<br>**Chicago, IL 60693-1473**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check that all apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,613.35** |
| **3.5** | Nonpriority creditor's name and mailing address<br>**American Express**<br><br>**PO Box 1270**<br>**Newark, NJ 07101-1270**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check that all apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$34,778.17** |

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**  **Nonpriority creditor's name and mailing address**

**American Interstate Insurance**

**2301 Highway 190 W**
**Deridder, LA 70634-6004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Workers Comp audit**

Is the claim subject to offset? ■ No  ☐ Yes

**$90,000.00**

---

**3.7**  **Nonpriority creditor's name and mailing address**

**Ameritas Life Isurance Coprp**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,324.24**

---

**3.8**  **Nonpriority creditor's name and mailing address**

**Arc 3 Gases**

**PO Box 26269**
**Richmond, VA 23260-6269**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$17,872.00**

---

**3.9**  **Nonpriority creditor's name and mailing address**

**Atlantic Stud Welding Inc**

**PO Box 1892**
**West Chester, PA 19380-0069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$20,870.00**

---

**3.10**  **Nonpriority creditor's name and mailing address**

**Bank of America**

**PO Box 31705**
**Tampa, FL 33631-3705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$59,817.13**

---

**3.11**  **Nonpriority creditor's name and mailing address**

**Baptist Occupational Health Clinic**

**9400 University Pkwy Ste 401**
**Pensacola, FL 32514-5485**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$415.00**

---

**3.12**  **Nonpriority creditor's name and mailing address**

**Brickstreet Insurance**

**400 Quarrier St**
**Charleston, WV 25301-2010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$24,342.00**

---

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,681.54**

**Capital One Bank**

PO Box 71083
Charlotte, NC 28272-1083

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,569.26**

**Capital One Card**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,341.31**

**Chemsearch**

PO Box 152170
Irving, TX 75015-2170

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$476.30**

**Cherry Street Building Supply**

1418 Orange Rd
Culpeper, VA 22701-3816

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.34**

**Cintas**

PO Box 630803
Cincinnati, OH 45263-0803

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,923.95**

**Coastal Industrial Supply**

PO Box 2469
Robertsdale, AL 36567-2469

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.51**

**Comcast**

PO Box 3001
Southeastern, PA 19398-3001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address
**Comptroler of Maryland**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**County Waste & Recycling**

PO Box 8010
Clifton Park, NY 12065-8010

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$155.48**

---

**3.22** | Nonpriority creditor's name and mailing address
**Crane Rigging Rental LLC**

PO Box 1848
Yadkinville, NC 27055-1848

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$38,160.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**Crystal Springs**

PO Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$54.76**

---

**3.24** | Nonpriority creditor's name and mailing address
**Donald Rice Tire Co**

909 N East St
Frederick, MD 21701-4621

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,736.19**

---

**3.25** | Nonpriority creditor's name and mailing address
**Exxon/Mobil**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,632.11**

---

**3.26** | Nonpriority creditor's name and mailing address
**Fastenal**

PO Box 1286
Winona, MN 55987-7286

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$698.63**

---

Debtor   **Memco, Inc.**
_____   Case number (if known) _____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.65 |

**Federal Express**

PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,094.71 |

**Ferguson Enterprises**

PO Box 417592
Boston, MA 02241-7592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**First Mercury Insurance Co**

26600 Telegraph Rd
Southfield, MI 48033-5300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,215.71 |

**Fisher Auto Parts**

PO Box 2246
Staunton, VA 24402-2246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,274.00 |

**GWY**

PO Box 293
Greenfield, NH 03047-0293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,587.03 |

**H Properties**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,606.90 |

**Hanover Insrance Co**

440 Lincoln St
Worcester, MA 01653-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**

**HCS Communications**
**PMB 137**
**265 Turkeysag Trl Ste 102**
**Palmyra, VA 22963-2654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$541.04**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Heavy Cranes & Equipment**

**PO Box 84749**
**Lexington, SC 29073-0013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,124.68**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Heavy Fleet Products**

**12201 Tac Ct**
**Manassas, VA 20109-7905**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,832.04**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Helix Computer Systems**

**2401 Hydraulic Rd**
**Charlottesville, VA 22901-2723**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**HILTI Inc**

**PO Box 11870**
**Newark, NJ 07101-8800**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**ING Retirement**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,468.16**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**M&M Eqipment Services**

**8393 Euclid Ave Unit 1**
**Manassas, VA 20111-5216**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$897.18**

---

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,140.91** |
|---|---|---|---|

**Marien Industrial**

PO Box 2186
Mobile, AL 36652-2186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,955.00** |
|---|---|---|---|

**Maxim Crane Works LP**

1225 Washington Pike
Bridgeville, PA 15017-2825

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,670.00** |
|---|---|---|---|

**Metro Iron Contracting Inc**

4 Seabro Ave
Amityville, NY 11701-1202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,325.00** |
|---|---|---|---|

**MRA Engineering PC**

600 Hempstead Tpke
West Hempstead, NY 11552-1095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$498.66** |
|---|---|---|---|

**NYSIF Disability**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|

**Perma Treat Pest Control**

16057 Brandy Rd
Culpeper, VA 22701-4633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162.70** |
|---|---|---|---|

**Pitney Bowes Financial**

PO Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,146.60** |
|---|---|---|---|

**Posner Industries Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 5778
Capitol Heights, MD 20791-5778

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,007.71** |
|---|---|---|---|

**Principal Life Insurance Co**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 10372
Des Moines, IA 50306-0372

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.97** |
|---|---|---|---|

**Purchase Power**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 371874
Pittsburgh, PA 15250-7874

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,468.71** |
|---|---|---|---|

**Quarles Energy Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

15427 Brandy Rd
Culpeper, VA 22701-4627

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,924.72** |
|---|---|---|---|

**Quarles Fuel Network**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 7327
Fredericksburg, VA 22404-7327

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147,027.00** |
|---|---|---|---|

**Red Roof Inn**

☐ Contingent
☐ Unliquidated
☐ Disputed

605 S Front St
Columbus, OH 43215-5777

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,209.16** |
|---|---|---|---|

**Roberts Oxygen**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 5507
Rockville, MD 20855-0507

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Memco, Inc.**
_____
Name

Case number (if known) _____

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,243.40 |
|---|---|---|---|

**Safety Plus**

**4254 Halls Mill Rd**
**Mobile, AL 36693-5617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.24 |
|---|---|---|---|

**Sage CRE Forms**

**PO Box 230578**
**Portland, OR 97281-0578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,018.22 |
|---|---|---|---|

**Selective Insurance**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,157.28 |
|---|---|---|---|

**Shell Oil Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.69 |
|---|---|---|---|

**Shred-It USA**

**PO Box 13574**
**New York, NY 10087-3574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,791.31 |
|---|---|---|---|

**Staples**

**PO Box 78004**
**Phoenix, AZ 85062-8004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,725.91 |
|---|---|---|---|

**Sunbelt Rentals**

**1275 W Mound St**
**Columbus, OH 43223-2213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**SunTrust Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,746.96** |
|---|---|---|---|

**Tire Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 205245
Dallas, TX 75320-5245

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**UCR Acquisition LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

2002 Graves Ct
Baltimore, MD 21222-5509

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$193,517.49** |
|---|---|---|---|

**United Rentals (North America) Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

4616 Lassen Ln
Fredericksburg, VA 22408-4202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,060.00** |
|---|---|---|---|

**Verizon Wireless**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 25505
Lehigh Valley, PA 18002-5505

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$386.73** |
|---|---|---|---|

**Virginia DMV**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 27412
Richmond, VA 23629

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,567.48** |
|---|---|---|---|

**Wesco Gas & Welding Supply**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 10546
Prichard, AL 36610-0546

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Memco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,937.00 |
|---|---|---|---|

**White Cap Const. Corp**

PO Box 4852
Orlando, FL 32802-4852

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**WO Grubb Steel Erection**

5120 Jefferson Davis Hwy
Richmond, VA 23234-2252

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,860.30 |
|---|---|---|---|

**Woodcock & Asso PC**

818 Sophia St
Fredericksburg, VA 22401-5824

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.49 |
|---|---|---|---|

**Xerox Corporation**

PO Box 827598
Philadelphia, PA 19182-7598

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,165,630.01 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,006,013.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,171,643.14 |

**Fill in this information to identify the case:**

Debtor name __**Memco, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consruction sub-contracts-Wilson School. N Street & Orlando Airport Indefinite**<br><br>**Banker Steel<br>1619 Wythe Rd<br>Lynchburg, VA 24501-3461** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction sub-contract-Bronx**<br><br>**Indefinite**<br><br>**Bronx Common Builders<br>150 Myrtle Ave<br>Brooklyn, NY 11201-2906** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction sub-contracts-Coe Field House & AGU**<br><br>**Indefinite**<br><br>**Crystal Steel<br>9317 Old Racetrack Rd<br>Delmar, DE 19940-3365** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction sub-contract-SOUTHE RNN ACQUATICS**<br><br>**Indefinite**<br><br>**E&H Steel** |

Debtor 1    **Memco, Inc.**                                              Case number *(if known)*
_____
First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly rental of crane and operator at Mercy Hospital** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | |
| | List the contract number of any government contract | | **McCarthy** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Construction sub-contracts-The BORO, United Therapeutics & City Center** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | |
| | List the contract number of any government contract | | **Steel Fab**<br>**PO Box 60716**<br>**Charlotte, NC 28260-0716** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Construction sub-contract-Navy FCU** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | |
| | List the contract number of any government contract | | **Steel LLC**<br>**405 N Clarendon Ave**<br>**Scottdale, GA 30079-1308** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Construction sub-contracts-TU Fine Arts Center & MacDill AFB** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | |
| | List the contract number of any government contract | | **Steel Service Corporation**<br>**PO Box 321425**<br>**Jackson, MS 39232-1425** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Construction sub-contract-FBI Central Records** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | |
| | List the contract number of any government contract | | **Strait Steel**<br>**8400 Molly Pitcher Hwy**<br>**Greencastle, PA 17225-9036** |

**Fill in this information to identify the case:**

Debtor name    **Memco, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **Memco, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$4,000,000.00** |
   | **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$17,200,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Memco, Inc. | Case number *(if known)* | |
|---|---|---|---|

relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Maxim Crane vs. Memco, Inc. 2018 CA 000781 B** | **Suit on open account** | **Superior Court of the District of Columb 500 Indiana Ave NW Ste 5000 Washington, DC 20001-2131** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Memco, Inc.**                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Office of Bennett A. Brown** **3905 Railroad Ave Ste 200N Fairfax, VA 22030-3933** | 0.00 | | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Memco, Inc.**                                              Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

| Debtor | **Memco, Inc.** | | Case number *(if known)* | |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Woodcock & Associates, PC
818 Sophia St
Fredericksburg, VA 22401-5824** | **xxx-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Memco, Inc.**                                                          Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Henderson** | **589 Half Moon Ct**<br>**Earlysville, VA 22936-9618** | **President and stockholder** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Henderson** | **2067 Golf Dr**<br>**Culpeper, VA 22701-3308** | **Secretaryt/Treasurer and stockholder** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Matthew Henderson**<br>· **589 Half Moon Ct**<br>**Earlysville, VA 22936-9618** | **Wages of $208,000** | **April 2017-March 2018** | **Wages** |
| **Relationship to debtor**<br>**President** | | | |

Debtor    **Memco, Inc.**                                                          Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 · | **Mark Henderson**<br>**2067 Golf Dr**<br>**Culpeper, VA 22701-3308** | **Wages of $208,000** | **April 2017-March 2018** | **Wages** |
| | Relationship to debtor<br>**Secretary/Treasurer &**<br>**director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**April  9, 2018**__

__**/s/ Matthew Henderson**__                          __**Matthew Henderson**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __**President**__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Virginia, Roanoke Division

In re **Memco, Inc.** _____  Case No. _____
                                    Debtor(s)       Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

■ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $  20,000.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $   475.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

In re    **Memco, Inc.**                                      Case No. _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  9, 2018**                                  **/s/ Bennett Brown**
*Date*                                              **Bennett Brown**
                                                    *Signature of Attorney*
                                                    **The Law Office of Bennett A. Brown**

                                                    **3905 Railroad Ave Ste 200N**
                                                    **Fairfax, VA 22030-3933**

                                                    **bennett@pcgalaxy.com**
                                                    *Name of law firm*

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**Western District of Virginia, Roanoke Division**

IN RE:                                                          Case No. _____

<u>Memco, Inc.</u>_____ Chapter <u>11</u>_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Mark Henderson**<br>**2067 Golf Dr**<br>**Culpeper, VA  22701-3308** | **50** | **Common Stockholder** |
| **Matthew Henderson**<br>**589 Half Moon Ct**<br>**Earlysville, VA  22936-9618** | **50** | **Common Stockholder** |

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**Western District of Virginia, Roanoke Division**

IN RE:                                                                    Case No. _____

Memco, Inc.                                                              Chapter **11**
_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April  9, 2018**_____        Signature: **/s/ Matthew Henderson**_____
                                                    **Matthew Henderson, President**
                                                                                                        Debtor


Date: _____        Signature: _____
                                                                                              Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Aflac
1932 Wynnton Rd
Columbus, GA  31999-0001


Airgas South
PO Box 9249
Marietta, GA  30065-2249


Airgas USA
259 N Radnor Chester Rd Ste 100
Radnor, PA  19087-5240


Aluma Systems  Conc Const LLC
PO Box 91473
Chicago, IL  60693-1473


American Express
PO Box 1270
Newark, NJ  07101-1270


American Interstate Insurance
2301 Highway 190 W
Deridder, LA  70634-6004


Arc 3 Gases
PO Box 26269
Richmond, VA  23260-6269

Atlantic Stud Welding Inc
PO Box 1892
West Chester, PA   19380-0069


Bank of America
PO Box 31705
Tampa, FL   33631-3705


Banker Steel
1619 Wythe Rd
Lynchburg, VA   24501-3461


Baptist Occupational Health Clinic
9400 University Pkwy Ste 401
Pensacola, FL  32514-5485


Brickstreet Insurance
400 Quarrier St
Charleston, WV   25301-2010


Bronx Common Builders
150 Myrtle Ave
Brooklyn, NY   11201-2906


Capital One Bank
PO Box 71083
Charlotte, NC   28272-1083

Chemsearach
PO Box 152170
Irving, TX  75015-2170


Cherry Street Building Supply
1418 Orange Rd
Culpeper, VA  22701-3816


Christopher Clare
1001 Pennsylvania Ave NW Ste 1300S
Washington, DC  20004-2584


Cintas
PO Box 630803
Cincinnati, OH  45263-0803


Coastal Industrial Supply
PO Box 2469
Robertsdale, AL  36567-2469


Comcast
PO Box 3001
Southeastern, PA  19398-3001


County Waste & Recycling
PO Box 8010
Clifton Park, NY  12065-8010

Crane Rigging Rental LLC
PO Box 1848
Yadkinville, NC  27055-1848


Crystal Springs
PO Box 660579
Dallas, TX  75266-0579


Crystal Steel
9317 Old Racetrack Rd
Delmar, DE  19940-3365


Culpeper County
PO Box 1477
Culpeper, VA  22701-6477


Dept of Taxation & Revenue
Bankruptcy Department
PO Box 5300
Albany, NY  12205-0300


Donald Rice Tire Co
909 N East St
Frederick, MD  21701-4621


Fastenal
PO Box 1286
Winona, MN  55987-7286

Federal Express
PO Box 371461
Pittsburgh, PA  15250-7461


Ferguson Enterprises
PO Box 417592
Boston, MA  02241-7592


First Mercury Insurance Co
26600 Telegraph Rd
Southfield, MI  48033-5300


Fisher Auto Parts
PO Box 2246
Staunton, VA  24402-2246


Florida Dpt of Revenue
5050 W Tennessee St
Tallahassee, FL  32304-9278


Ford Credit
PO Box 17948
Greenville, SC  29606-8948


GWY
PO Box 293
Greenfield, NH  03047-0293

Hanover Insrance Co
440 Lincoln St
Worcester, MA  01653-0002


HCS Communications
PMB 137
265 Turkeysag Trl Ste 102
Palmyra, VA  22963-2654


Heavy Cranes & Equipment
PO Box 84749
Lexington, SC  29073-0013


Heavy Fleet Products
12201 Tac Ct
Manassas, VA  20109-7905


Helix Computer Systems
2401 Hydraulic Rd
Charlottesville, VA  22901-2723


HILTI Inc
PO Box 11870
Newark, NJ  07101-8800


Internal Revenue Service
PO Box 21125
Philadelphia, PA  19114-0325

Lynchurg Steel Services LLC
PO Box 10875
Lynchburg, VA  24506-0875


M&M Eqipment Services
8393 Euclid Ave Unit 1
Manassas, VA  20111-5216


Marien Industrial
PO Box 2186
Mobile, AL  36652-2186


Maxim Crane Works LP
1225 Washington Pike
Bridgeville, PA  15017-2825


Metro Iron Contracting Inc
4 Seabro Ave
Amityville, NY  11701-1202


MRA Engineering PC
600 Hempstead Tpke
West Hempstead, NY  11552-1095


Perma Treat Pest Control
16057 Brandy Rd
Culpeper, VA  22701-4633

Pitney Bowes Financial
PO Box 371887
Pittsburgh, PA  15250-7887


Posner Industries Inc
PO Box 5778
Capitol Heights, MD  20791-5778


Principal Life Insurance Co
PO Box 10372
Des Moines, IA  50306-0372


Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874


Quarles Energy Services
15427 Brandy Rd
Culpeper, VA  22701-4627


Quarles Fuel Network
PO Box 7327
Fredericksburg, VA  22404-7327


Red Roof Inn
605 S Front St
Columbus, OH  43215-5777

Roberts Oxygen
PO Box 5507
Rockville, MD  20855-0507


Safety Plus
4254 Halls Mill Rd
Mobile, AL  36693-5617


Sage CRE Forms
PO Box 230578
Portland, OR  97281-0578


Shred-It USA
PO Box 13574
New York, NY  10087-3574


Staples
PO Box 78004
Phoenix, AZ  85062-8004


Steel Fab
PO Box 60716
Charlotte, NC  28260-0716


Steel LLC
405 N Clarendon Ave
Scottdale, GA  30079-1308

Steel Service Corporation
PO Box 321425
Jackson, MS  39232-1425


Strait Steel
8400 Molly Pitcher Hwy
Greencastle, PA  17225-9036


Sun Trust Equipment Finance & Leasing Co
245 Peachtree Center Ave NE Fl 17
Atlanta, GA  30303-1222


Sunbelt Rentals
1275 W Mound St
Columbus, OH  43223-2213


Tire Kingdom
PO Box 205245
Dallas, TX  75320-5245


UCR Acquisition LLC
2002 Graves Ct
Baltimore, MD  21222-5509


United Rentals (North America) Inc
4616 Lassen Ln
Fredericksburg, VA  22408-4202

Verizon Wireless
PO Box 25505
Lehigh Valley, PA   18002-5505


Virginia DMV
PO Box 27412
Richmond, VA   23629


Wesco Gas & Welding Supply
PO Box 10546
Prichard, AL   36610-0546


White Cap Const. Corp
PO Box 4852
Orlando, FL   32802-4852


WO Grubb Steel Erection
5120 Jefferson Davis Hwy
Richmond, VA   23234-2252


Woodcock & Asso PC
818 Sophia St
Fredericksburg, VA   22401-5824


Xerox Corporation
PO Box 827598
Philadelphia, PA   19182-7598